**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1090

ANDREW ELLIOTT WILKINSON,

Plaintiff - Appellant,

v.

FINRA; PLACE AND HANLEY, LCC,

Defendants - Appellees,

and

WELLS FARGO CLEARING SERVICES, LLC, d/b/a Wells Fargo Advisors; ANGIE OSTENDARP; MIKE QUIMBY; WELLS FARGO BANK, N.A.,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:19-cv-00580-RJC)

Submitted:  December 22, 2022                    Decided:  January 26, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrew Elliott Wilkinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Elliott Wilkinson appeals the district court's orders dismissing his civil complaint both for failure to comply with Fed. R. Civ. P. 8 and as barred by res judicata. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's judgment. We deny Wilkinson's motions for a transcript at government expense, for copies of sealed documents, to participate in criminal proceedings, and to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*